```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00961-RNO
Amelia Catherine Sewer                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 1            Date Rcvd: Jun 26, 2020
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
5032960        +Roslyn King,    4515 Briarcliff Terrace,   Tobyhanna, PA 18466-3068
5032963        +Vernita Walker,    4515 Briarcliff Terrace,   Tobyhanna, PA 18466-3068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    THE MONEY SOURCE, INC. bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
              James Allen Prostko    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
              Philip W. Stock    on behalf of Debtor 1 Amelia Catherine Sewer pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amelia Catherine Sewer<br>　　　　　　Debtor(s) | CHAPTER 13 |
| The Money Source Inc.<br>　　　　　　Movant<br>vs.<br>Amelia Catherine Sewer<br>　　　　　　Debtor(s) | NO. 18-00961 RNO |
| Roslyn King & Vernita Walker,<br>　　　　　　Co-Debtor(s) | 11 U.S.C. Section 362 and 1301 (c) |
| Charles J. DeHart, III<br>　　　　　　Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after hearing held on June 25, 2020, it is

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 and 1301 (c) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301 (c), is modified with respect to the subject premises located at 4515 Briarcliff Terrace, Tobyhanna, PA 18466 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: June 25, 2020

By the Court,

*Robert N. Opel, II* (signature)

Robert N. Opel, II, Bankruptcy Judge　BI