```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                  Case No. 18-00961-RNO
Amelia Catherine Sewer                                                  Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke            Page 1 of 2             Date Rcvd: Aug 19, 2020
                               Form ID: ordsmiss          Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db            +Amelia Catherine Sewer,    4515 Briarcliff Terrace,    Tobyhanna, PA 18466-3068
5070879       +A Pocono Country Place Property Owners Association,    c/o Young & Haros, LLC,    802 Main Street,
                Stroudsburg, PA 18360-1602
5032945       +Computer Credit, Inc.,    470 West Hanes Mill Road,    PO Box 5238,
                Winston-Salem, NC 27113-5238
5032946       +Coordinated Health,    505 Independence Rd.,    E. Stroudsburg, PA 18301-7916
5057688        Emergency Care Services of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
5057689        Emergency Physician Associates of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
5032948       +Jennie C. Tsai, Esquire,    Phelan Hallinan,    1617 JFK Blvd. Suite 1400,
                Philadelphia, PA 19103-1814
5032949       +Lehigh Valley Hospital Pocono,    PO Box 822009,    Philadelphia, PA 19182-2009
5032950       +Lehigh Valley Hospital Pocono Emerg.,    PO Box 822009,    Philadelphia, PA 19182-2009
5032952       +Medical Imaging of Lehigh Valley,    PO Box 371863,    Pittsburgh, PA 15250-7863
5032953       +Monroe Pathologists PC,    PO Box 808,    E. Stroudsburg, PA 18301-4108
5032955       +Pocono Country Place POA,    112 Recreation Drive,    Tobyhanna, PA 18466-9599
5032956       +Pocono Mt. Regional EMS,    PO Box 207,    Allentown, PA 18105-0207
5032959        Regency Finance,    320 PA-315 Suite 210,    Pittston, PA 18640
5032960       +Roslyn King,    4515 Briarcliff Terrace,    Tobyhanna, PA 18466-3068
5032962       +The Money Source,    135 Maxess Rd.,    Melville, NY 11747-3801
5062970       +The Money Source, Inc.,    500 South Broad St., Suite 100A,    Meriden, CT 06450-6755
5032963       +Vernita Walker,    4515 Briarcliff Terrace,    Tobyhanna, PA 18466-3068
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5032942        EDI: CAPITALONE.COM Aug 19 2020 23:38:00      Capital One Bank USA NA,    PO Box 85015,
                Richmond, VA 23285
5032943       +E-mail/Text: msanchez@coordinatedhealth.com Aug 19 2020 19:50:05      CHS Professional Practice,
                2775 Schoenersville Road,    Bethlehem, PA 18017-7307
5032944       +EDI: WFNNB.COM Aug 19 2020 23:38:00      Comenity Bank King Size,    PO Box 182789,
                Columbus , Ohio 43218-2789
5032947       +EDI: CCS.COM Aug 19 2020 23:38:00      Credit Collection Services,    PO Box 607,
                Norwood, MA 02062-0607
5032951       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:52:41      LVNV Funding, LLC,
                PO Box 10584,    Greenville, SC 29603-0584
5060983        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:52:40
                LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5032954       +EDI: CBS7AVE Aug 19 2020 23:38:00      Montgomery Ward,    1112 7th Ave.,    Monroe, WI 53566-1364
5049544       +EDI: CBS7AVE Aug 19 2020 23:38:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                P O Box 800849,    Dallas, TX 75380-0849
5032958        EDI: PRA.COM Aug 19 2020 23:38:00      Portfolio Recovery Associates,
                120 Corporate Blvd. Ste. 1,    Norfolk, VA 23502
5046265        EDI: PRA.COM Aug 19 2020 23:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5032957       +EDI: PRA.COM Aug 19 2020 23:38:00      Portfolio Recovery Assocates,
                120 Corporate Blvd. Ste. 1,    Norfolk, VA 23502-4952
5049543       +EDI: CBS7AVE Aug 19 2020 23:38:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                P O Box 800849,    Dallas, TX 75380-0849
5103927       +E-mail/Text: philadelphia.bnc@ssa.gov Aug 19 2020 19:50:10      Social Security Administration,
                Office of the General Counsel,    300 Spring Garden St, 6th Fl.,    Philadelphia, PA 19123-2924
5032961       +E-mail/Text: philadelphia.bnc@ssa.gov Aug 19 2020 19:50:10      Social Security Administration,
                NE Program Service Center,    1 Jamaica Center Plaza,    Jamaica, NY 11432-3898
5032964       +EDI: BLUESTEM Aug 19 2020 23:38:00      WEBBANK FHUT,    7075 Flying Cloud Dr.,
                Eden Prairie, MN 55344-3532
5032965       +EDI: WFFC.COM Aug 19 2020 23:38:00      WFFNATLBNK,    PO Box 94498,    Las Vegas, NV 89193-4498
5049782        EDI: WFFC.COM Aug 19 2020 23:38:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA  50306-0438
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

```
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    THE MONEY SOURCE, INC. bkgroup@kmllawgroup.com
        James Allen Prostko    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
        Jerome B Blank    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
        Mario John Hanyon    on behalf of Creditor    THE MONEY SOURCE, INC. pamb@fedphe.com
        Philip W. Stock    on behalf of Debtor 1 Amelia Catherine Sewer pwstock@ptd.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amelia Catherine Sewer,      Chapter    13

    **Debtor 1**

Case No.    5:18–bk–00961–RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 19, 2020         By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

ordsmiss (05/18)